# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3203

_____

Otto J. Rose,                                    *
                                                 *
       Plaintiff-Appellant,          *
                                                 *   Appeal from the United States
    v.                                 *   District Court for the
                                                 *   District of Minnesota.
Wal-Mart Stores, Inc.,                           *
                                                 *        [UNPUBLISHED]
       Defendant-Appellee.           *

_____

Submitted: May 17, 2002
Filed: June 24, 2002

_____

Before LOKEN, HEANEY, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Otto J. Rose fell and was injured while shopping at a Wal-Mart store and brought this negligence action against the parent company. The case was tried to a jury which returned a verdict in Rose's favor. After judgment was entered, Wal-Mart filed a motion to set aside the verdict and grant it judgment as a matter of law or grant a new trial on a number of grounds. The presiding magistrate judge decided to hold an evidentiary hearing on the motion and heard from several witnesses, after which the court ordered a new trial in the interests of justice. The case went to trial again, and this time the jury verdict was in favor of Wal-Mart. Rose appeals, arguing that the court failed to comply with procedural rules and abused its discretion in granting

a new trial. The decision whether to grant a motion for a new trial is reviewed for abuse of discretion. <u>Walzer v. St. Joseph State Hosp.</u>, 231 F.3d 1108, 1111 (8th Cir. 2000). Upon examination of the record and the transcript, we cannot say that the court's decision to grant a new trial represented an abuse of its discretion. We therefore affirm the judgment.

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.